JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| A-MARK ENTERTAINMENT, LLC, a California limited liability company.<br><br>       Plaintiff,<br><br>   vs.<br><br>VISION FILMS, INC., a California corporation; LISE ROMANOFF, an individual; and DOES 1 through 10,<br><br>       Defendants. | Case No. 2:15−cv−03559−CBM (JCx)<br><br>ORDER DISMISSING ACTION [19] |

ORDER DISMISSING ACTION

36626.docx

# ORDER

Pursuant to the parties' Stipulation, this action is hereby dismissed, in its entirety and with prejudice, with plaintiff A-Mark Entertainment, LLC, on the one hand, and defendants Vision Films, Inc. and Lise Romanoff, on the other hand, to bear their respective attorneys' fees and costs, and with the Court retaining jurisdiction to enforce the parties' Settlement Agreement dated as of December 17, 2015.

**IT IS SO ORDERED.**

Dated:   December 29, 2015

_____
Honorable Consuelo B. Marshall
United States District Judge